UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 5:23-cv-02245-RGK-BFM  **Date:** August 28, 2024

**Title:** Jeff Macy v. California Highway Patrol Running Springs, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A

Attorneys Present for Defendants: N/A

**Proceedings:** **(In Chambers) Order Re: Request for Clarification (ECF 43)**

On August 7, 2024, this Court issued a scheduling order, and the parties commenced discovery. (ECF 35.) On August 22, 2024, after Plaintiff inadvertently filed discovery requests with the Court, the Court issued a minute order asserting that discovery was not yet proper or authorized. (ECF42.) The Court also directed the parties to file a Rule 26(f) scheduling report. (ECF 42.)

On August 27, 2024, the parties submitted a Joint Scheduling Report, in which they also sought clarification as to whether they should follow the deadlines and schedules set forth in the August 7, 2024, scheduling order. (ECF 43 at 4.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:23-cv-02245-RGK-BFM                **Date:**   August 28, 2024

**Title:**   Jeff Macy v. California Highway Patrol Running Springs, et al.

The Court appreciates the parties' diligence in this action, and their willingness to cooperate with each other in scheduling, discovery, and other matters. In light of the confusion caused by the Court's previous instructions, the parties are advised that they were correct to follow the deadlines and schedules set forth in the August 7, 2024, scheduling order, and should continue to do so.

**IT IS SO ORDERED.**


cc:   Jeff Macy, pro se
      Counsel of Record








Initials of Preparer:   ch