**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lynn Macy | CASE NUMBER |
| PLAINTIFF(S) | 5:24-cv-00668-AB-(SHKx) |
| v. | |
| Cedarpines Park Mutual Water Company, et. al., | **ORDER VACATING REFERENCE TO MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

IT IS ORDERED that

☐ Reference to the above case to United States Magistrate Judge _____ pursuant to General Order 05-07 is hereby vacated. All further proceedings in this action shall be before the District Judge assigned. The case is referred to the same Magistrate Judge for discovery.

☑ Reference to the discovery Magistrate Judge is hereby vacated. The above case is referred to a Magistrate Judge pursuant to General Order 05-07 for a Report and Recommendation.

Dated: 5/17/2024

_____
United States District Judge

**NOTICE TO COUNSEL**

Pursuant to the above order, this case has been reassigned to Magistrate Judge Shashi H. Kewalramani

☑ for a Report and Recommendation.

☐ for any discovery matters which may be referred.

All documents subsequently filed in this case must reflect the case number: CV 5:24-cv-00668-AB-SHK

This is very important because documents are routed by way of the initials.

Clerk, U. S. District Court

Dated: 5/17/2024      By: Luis Rodriguez, (213) 894-3535
                          Deputy Clerk