UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 5:23-cv-02245-RGK-BFM  **Date:** October 8, 2024

**Title:** Jeff Macy v. California Highway Patrol Running Springs, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order Re: Motion for Sanctions (ECF 47)

The Court has received Plaintiff's Motion for sanctions relating to conduct that, he alleges, occurred during a deposition. (ECF 47.) Defendants' opposition to the Motion shall be filed **no later than October 22, 2024**. Any reply shall be filed **no later than October 29, 2024**. The Motion will be taken under submission as of that date.

Plaintiff is reminded that the Local Rules require parties to meet and confer before filing any motion, and that this Court has procedures that requires an informal discovery conference before the filing of any discovery related motion. In this instance, the Court believes that a meet and confer is not likely to resolve the issues between the parties, and thus excuses Plaintiff's non-compliance with the rule. Any future motion, however, that do not comply with the rules will be struck.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**  5:23-cv-02245-RGK-BFM           **Date:**  October 8, 2024

**Title:**  Jeff Macy v. California Highway Patrol Running Springs, et al.

Plaintiff should review both this Court's procedures (https://www.cacd.uscourts.gov/honorable-brianna-fuller-mircheff) and the Local Rules (https://www.cacd.uscourts.gov/court-procedures/local-rules) before filing any future motion.

**IT IS SO ORDERED**.


cc:   Jeff Macy, pro se
      Counsel of Record


Initials of Preparer:   ch