CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY, Plaintiff(s) <br> v. <br> CALIFORNIA HIGHWAY PATROL RUNNING SPRINGS, et al., Defendant(s) | CASE NUMBER: <br> 5:23-cv-02245-RGK-BFM <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☐ Hearing Required
                        ☐ In-Person Court Hearing
                        ☒ Video Conference
                        ☐ Telephonic

Magistrate Judge: Brianna Fuller Mircheff

Date/Time: Thursday, November 7, 2024, at 10:00 a.m.

Courtroom: via Zoom

Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules.

Dated: November 4, 2024                     By: Christianna Howard
                                                  Deputy Clerk