FILED
CLERK, U.S. DISTRICT COURT
11/03/2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jeff Macy "In Pro Per"
P.O. Box #103
Twin Peaks, Ca. 92391
(909) 744-8480
macybuilders@yahoo.com

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

| | |
|---|---|
| JEFF MACY, as an individual<br><br>PLAINTIFF,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a State Agency; Officer CHRISTOPHER BATES, Supervisor Officer Sergeant JEFFREY O'BRIEN, & DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 5:23-cv-02245-RGK-BFM<br><br>MOTION FOR SANCTION(s) pursuant to FRCP 30(d)(2)):<br><br>**[PRE-TRIAL MOTION]** |

PLAINTIFF JEFF MACY ("Mr. Macy"), through his undersigned counsel, hereby files this Pre-Trial Motion against Defendants California Highway Patrol Running Springs, Christopher Bates ("Bates"), Jeffrey O'Brien ("O'Brien"), & Does 1 to 10, inclusive (collectively "Defendants"), alleges as follows:

**JURISDICTION & VENUE**

1. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 & 1343(a) (3-4) because Plaintiff asserts claims arising under the laws of the United States including 42 U.S.C. §§ 1983, 1985 & 1988, the Fourth & Fourteenth Amendments of the United States Constitution. This court has supplemental jurisdiction over state law claims pursuant to 28 USC § 1367 because those claims are so related to PLAINTIFF'S federal claims that the claims form part of the same case &/or controversy pursuant to Article III of the United States Constitution.

2. Venue is properly founded in this judicial district pursuant to 28 USC §§ 1391(b) & (c) in that a substantial part of the events giving rise to the claims

in this action occurred within this District & Defendants are subject to personal jurisdiction in this district.

### PARTIES

3. PLAINTIFF JEFF MACY, is a citizen of the State of California, & at all relevant times herein was a resident in San Bernardino County in the State of California.

4. Defendant California Highway Patrol Running Springs, is & at all times relevant a public entity located in the County of San Bernardino & existing under the laws of the State of California.

5. Defendant Christopher Bates is & at all times relevant a resident in the County of San Bernardino & existing under the laws of the State of California.

6. Defendant Jeffrey O'Brien is & at all times relevant a resident in the County of San Bernardino & existing under the laws of the State of California.

7. On information & belief at all times relevant, Defendant DOES 1-50 were residents of the County of San Bernardino & are sued in their individual capacity.

### I.  Introduction

Plaintiff is filing for a Motion for a Pre-Trial Motion as Defendant Jeffrey O'Brien's Response to Plaintiff's Request for Production of Documents CD was seemingly intentionally cracked & unusable; would not play. Defendant Christopher Bates's Response to Plaintiff's Request for Production of Documents CD was edited, can clearly see at 37 minutes & 39 minutes, & multiple other times in the video that there were many time skips. The audio in the video was also mangled, so that the sound was inaudible & couldn't

hear the Officers speaking. One video is intentionally cracked & the other is intentionally edited.

## II. Discussion

Defendants are intentionally withholding evidence from Plaintiff. The purpose of Highway Patrol Officers having Dash-cams is for evidence. Officers know they have to be recordable, video/audio recorded; according to the First Amendment. (Glik v. Cunniffe, 655 F.3d 78 (1st Cir. 2011) It is a public right to be able to record Highway Patrol Officers on duty. Highway Patrol Officers do not have an Amendment right to not be recorded while on their official duty. YouTube Video showing the intentionally cracked CD: https://youtu.be/R9FY7r6I9vg?feature=shared

## III. Conclusion

For the reasons set forth above, Plaintiff's Pre-Trial Motion should be approved. Plaintiff asks that the court will compel the Defendants to provide unedited videos of the traffic stop as requested & have a trial, so Defendant's cannot harass Plaintiff.

**PRE-TRIAL MOTION**

Plaintiff hereby motions for a Pre-Trial Motion to compel Defendants for proper evidence.

Respectfully Submitted,

Dated: 11/3/2024

By: /Jeff Macy/

Jeff Macy- Bible Law Translator

PAGE 3