UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 5:23-cv-02245-RGK-BFM             **Date:** November 7, 2024

**Title:** Jeff Macy v. California Highway Patrol Running Springs, et al.

===================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jeff Macy | Julio Antonio Hernandez |

**Proceedings:**     **Hearing Re: Informal Discovery Conference (ECF 51)**

Informal Discovery Conference held. All parties appear via Zoom. The Court discusses the pending issues with the parties. Defendants are permitted to proceed with filing their motion which is due **no later than November 12, 2024**. Plaintiff's response is due **no later than November 14, 2024**. Defendants' reply is due **no later than November 15, 2024**. The Court requires all filings associated with this issue to be properly filed and also to be emailed to all parties, including the Court: BFM_Chambers@cacd.uscourts.gov and should not be more than one or two pages in length. The Court will rule on the papers without an oral hearing. The Court encourages the parties to discuss a proposed stipulated protective order. A sample can be found on the court's website under Judge Mircheff's Procedures and Schedules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**  5:23-cv-02245-RGK-BFM  **Date:**  November 7, 2024

**Title:**  Jeff Macy v. California Highway Patrol Running Springs, et al.

The Court **orders** the transcript attached to ECF 50 **sealed** (Attachment 1 to ECF 50).

**IT IS SO ORDERED**.

cc:   Jeff Macy, pro se
     Counsel of Record

: 50
Initials of Preparer:  ch