ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General
JULIO A. HERNANDEZ
Deputy Attorney General
State Bar No. 260508
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6238
  Fax: (916) 322-8288
  E-mail: Julio.Hernandez@doj.ca.gov
*Attorneys for Defendants*
*Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>                          Defendants. | Case no. 5:23-CV-02245-RGK-BFM<br><br>**DEFENDANTS CHRISTOPHER BATES AND JEFFREY O'BRIEN'S MOTION FOR AN ORDER RELEASING THE VIDEO RECORDING OF THE DEPOSITION OF JEFF MACY; DECLARATION OF JULIO A. HERNANDEZ IN SUPPORT OF MOTION**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date: Not Set<br>Action Filed: 5/06/2024 |

Defendants hereby move the Court for an order releasing the video recording of the deposition of plaintiff Jeff Macy.

**FACTS**

Plaintiff Jeff Macy's deposition was held on October 1, 2024. The Defendants Christopher Bates and Jeffrey O'Brien's notice of deposition indicated that the deposition would be video recorded. At the deposition, Plaintiff Macy objected to

1

the video recording of the deposition. The deposition continued and was video recorded. Defendants have not taken possession of the video recording of the deposition due to plaintiff's objection to its release.

## LEGAL ARGUMENT

The Court's scheduling order of August 7, 2024 (ECF 35) authorized the parties to take depositions. After a meet and confer, Defendants duly noticed the deposition of Plaintiff Macy. The notice indicated that defendants would video record the deposition. (Hernandez Decl. ¶2, Notice of Taking of Deposition of Plaintiff Jeff Macy, p. 2:1-4.)

Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(3), a deposition may be video recorded so long it is stated on the notice. Because plaintiff Macy was provided proper notice of the video recording of the deposition, Defendants are entitled to receive a copy of the video recording of Plaintiff Macy's deposition at Defendants' expense.

## CONCLUSION

Moving defendants request an order releasing a certified copy of the video recording of the deposition of Plaintiff Jeff Macy to moving Defendants.

Dated: November 12, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Senior Assistant Attorney General

/s/ Julio A. Hernandez

JULIO A. HERNANDEZ
Deputy Attorney General
*Attorneys for Defendants Christopher Bates and Jeffrey O'Brien*

# DECLARATION OF JULIO A. HERNANDEZ

I, JULIO A. HERNANDEZ, declare:

1. I am an attorney licensed to practice before all the courts of the State of California, a Deputy Attorney General with the Department of Justice, and counsel of record for Defendants Christopher Bates and Jeffrey O'Brien in the above-entitled action. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the notice of deposition of Plaintiff Jeff Macy, which my office served on September 12, 2024.

I declare under penalty of perjury under the law of the United States and State of California that the foregoing is true and correct. Executed this 12th day of November, 2024, Sacramento, California.

*/s/ Julio A. Hernandez*
JULIO A. HERNANDEZ

SA2024302219
38538526.docx

## **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendants Christopher Bates and Jeffrey O'Brien, certifies that this brief contains **355** words, which:

  X   complies with the word limit of L.R. 11-6.1.

  ___  complies with the word limit set by court order dated _____.

Dated: November 12, 2024                 */s/ Julio A. Hernandez*
                                          Julio A. Hernandez
                                          Deputy Attorney General

4

**DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL**

**Case Name:**  *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:**  5:23-CV-02245-RGK-BFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **November 12, 2024**, I served the attached **DEFENDANTS CHRISTOPHER BATES AND JEFFREY O'BRIEN'S MOTION FOR AN ORDER RELEASING THE VIDEO RECORDING OF THE DEPOSITION OF JEFF MACY; DECLARATION OF JULIO A. HERNANDEZ IN SUPPORT OF MOTION** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail:  macybuilders@yahoo.com**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **November 12, 2024**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |

# EXHIBIT A

|   |   |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | IVETA OVSEPYAN |
|   | Senior Assistant Attorney General |
| 3 | JULIO A. HERNANDEZ |
|   | Deputy Attorney General |
| 4 | State Bar No. 260508 |
|   | 1300 I Street, Suite 125 |
| 5 | P.O. Box 944255 |
|   | Sacramento, CA  94244-2550 |
| 6 |  Telephone:  (916) 210-6238 |
|   |  Facsimile:  (916) 322-8288 |
| 7 | *Attorneys for Defendants Christopher Bates* |
|   | *and Jeffrey O'Brien* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual**, | 5:23-CV-02245-RGK-BFM |
|---|---|
| Plaintiffs, | **NOTICE OF TAKING OF DEPOSITION OF PLAINTIFF JEFF MACY** |
| v. | Date:  October 1, 2024 |
|   | Time:  9:00 am |
|   | Place:  Regus - Three Parkside |
|   |           473 E. Carnegie Drive, Suite 200 |
|   |           San Bernardino, CA  92408 |
| **California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive**, | Judge: Honorable Brianna Fuller Mircheff |
|   | Trial Date:     Not Set |
|   | Action Filed:  May 6, 2024 |
| Defendants. | Fed. R. Civ. P. 30. |

**TO IN PRO SE PLAINTIFF JEFF MACY:**

**PLEASE TAKE NOTICE** that the deposition of plaintiff Jeff Macy will be taken by defendants Christopher Bates and Jeffrey O'Brien, as follows:

 Date: Tuesday, October 1, 2024, at 9:00 a.m.
 Location: Regus - Three Parkside,
  473 E. Carnegie Drive, Suite 200,
  San Bernardino, CA  92408

1

before a certified shorthand reporter. The deposition testimony will be recorded by audio technology in addition to the stenographic method. ==The deposition testimony will be recorded by visual technology in addition to the stenographic method. Defendants reserves the right to use at trial the video recording of the deposition testimony.== If for any reason the taking of the deposition is not completed on that date, the taking of the deposition will be continued, at the option of the noticing party, either from day to day, excluding Saturdays, Sundays and holidays, or be continued until a date certain as determined by the noticing party. The deposition will be taken pursuant to Federal Rules of Civil Procedure, Rule 30, and the court's scheduling order (ECF 35).

Dated: September 12, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Senior Assistant Attorney General

*[signature]*

JULIO A. HERNANDEZ
Deputy Attorney General
*Attorneys for Defendants Christopher Bates and Jeffrey O'Brien*

SA2024302219
38403697.docx

## DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

Case Name: *Macy, Jeff, et al. v. California Highway Patrol, et al.*
Case No.:  5:23-CV-02245-RGK-BFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **September 12, 2024**, I served the attached **NOTICE OF TAKING OF DEPOSITION OF PLAINTIFF JEFF MACY** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy                               E-mail: macybuilders@yahoo.com
P.O. Box #103
Twin Peaks, CA 92391

*In Pro Per*

**Courtesy Copy To:**

Veritext Legal Solutions
1 Capitol Mall, Suite 240
Sacramento, CA  95814

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 12, 2024**, at Sacramento, California.

Donna Kulczyk
    Declarant                                              Signature

3

Notice of Taking of Deposition (5:23-CV-02245-RGK-BFM)