IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**[PROPOSED] ORDER, RE DEFENDANTS' MOTION FOR AN ORDER RELEASING THE VIDEO RECORDING OF THE DEPOSITION OF JEFF MACY**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date:   Not Set<br>Action Filed: 5/06/2024 |

**ORDER**

The Court, having conducted a discovery conference on November 7, 2024, reviewed the briefs filed by the parties, and considered the objection of Plaintiff Jeff Macy to the release of the video recording of the October 1, 2024 deposition of Plaintiff Jeff Macy, and with good cause appearing,

/ / /

/ / /

1

**ORDERS:**

1. Plaintiff Jeff Macy's objection to the release of the video recording of the October 1, 2024 deposition of Jeff Macy is overruled;

2. The video recording of the October 1, 2024 deposition of Jeff Macy is hereby released to Defendants Chistopher Bates and Jeffrey O'Brien.

**IT IS SO ORDERED**

Dated:_____      _____
                                 The Honorable Brianna Fuller Mircheff

**DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL**

**Case Name:** *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:** 5:23-CV-02245-RGK-BFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **November 12, 2024**, I served the attached **[PROPOSED] ORDER, RE DEFENDANTS' MOTION FOR AN ORDER RELEASING THE VIDEO RECORDING OF THE DEPOSITION OF JEFF MACY** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail:** macybuilders@yahoo.com

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **November 12, 2024**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |

SA2024302219
38538638.docx