Jeff Macy "In Pro Per"
P.O. Box #103
Twin Peaks, Ca. 92391
(909) 744-8480
macybuilders@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF MACY, as an individual** | Case No.: 5:23-cv-02245-RGK-BFM |
| PLAINTIFF, | |
| vs. | **[CASE STATUS REPORT]** |
| **CALIFORNIA HIGHWAY PATROL, a State Agency; Officer CHRISTOPHER BATES, Supervisor Officer Sergeant JEFFREY O'BRIEN, & DOES 1-10, inclusive,** | Judge: The Honorable Brianna Fuller Mircheff |
| | Action Filed: 5/06/2024 |
| DEFENDANTS. | |

**A. A summary of the proceedings to date & a statement of the principal issues raised by the case.**

Discovery has commenced.

Plaintiff alleges that Defendants Christopher Bates & Jeffrey O'Brien intentionally inflicted emotional distress upon Plaintiff & are liable to Plaintiff for a prolonged traffic stop & unlawful search & seizure. Defendant Christopher Bates also hid his ID & would not properly identify himself to Plaintiff. Plaintiff was concerned & the unlawful search & seizure violated Plaintiff's Fourth Amendment rights.

**B. A statement as to whether all parties have been served, & if not, a proposed deadline by which service will be completed.**

All parties have been served.

PAGE 1

**C. A description of any discovery completed, & a schedule for any future discovery.**

The Parties have exchanged written discovery. Defendants have taken the deposition of Plaintiff.

Plaintiff filed a motion for sanctions, regarding Plaintiff's deposition, that is pending.

The Parties requested a discovery conference regarding release of the video recording of plaintiff's deposition, which was set for hearing on November 7, 2024.

**D. A list of contemplated motions, if any, along with proposed dates for the filing & hearing of such motions.**

Plaintiffs filed a pre-trial motion, regarding Defendants not providing proper evidence.

**E. An estimate of the time likely to be required for trial, & a statement as to whether trial by jury is desired & has been properly requested.**

Four days. Plaintiff properly requested a trial by jury.

**F. A description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case.**

The Parties have not engaged in settlement negotiations. Due to the nature of the facts & disputed allegations, settlement negotiations will likely not be fruitful.

**G. Any suggestions the parties may wish to make regarding the management of this action.**

None.

PAGE 2

Respectfully Submitted,

Dated: 11/10/2024

By: *Jeff Macy*

Jeff Macy- Bible Law Translator

In Pro Se Plaintiff

PAGE 3