IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/13/2024
CENTRAL DISTRICT OF CALIFORNIA
BY      AP      DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| **Jeff Macy, as an individual,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>                                    Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**Plaintiff's Request for an Informal Hearing for Defendants unedited videos.**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date:   Not Set<br>Action Filed: 5/06/2024 |

   Plaintiffs requests the Court for an Informal Hearing for Defendants unedited videos.

## FACTS

Defendants claimed the issue with the video was right channel and left channel issues. The videos are edited not having matching formats.

## CONCLUSION

Plaintiffs request the Court for an Informal Hearing for Defendants unedited videos, & asking Judge to step in & injunctions on Defendants for failing to provide unedited videos.

### Request for an Informal Hearing

Plaintiffs hereby Requests for an Informal Hearing.

1

1  \

Respectfully Submitted,

By Plaintiff: _____*Jeff Macy*_____

Jeff Macy- 1611 Bible Law Translator.

Date: _____11/13/24_____

2