ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
JULIO A. HERNANDEZ
Deputy Attorney General
State Bar No. 260508
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-6238
　Fax: (916) 322-8288
　E-mail: Julio.Hernandez@doj.ca.gov
*Attorneys for Defendants*
*Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>　　　　　　　　　　Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**DEFENDANTS CHRISTOPHER BATES AND JEFFERY O'BRIEN'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　March 18, 2025<br>Time:　　　　10:00 a.m.<br>Courtroom:　780<br>Judge: Hon. Brianna Fuller Mircheff<br><br>Trial Date:　　TBA<br>Action Filed: 5/06/2024 |

TO PLAINTIFF, IN PRO PER:

PLEASE TAKE NOTICE that on March 18, 2025 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom No. 780, of the above-entitled court, located at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Courtroom 780, 7th Floor, Los Angeles, California 90012, Defendants Christopher Bates and Jeffrey O'Brien, pursuant to

1

Federal Rules of Civil Procedure 56 and Local Rules, Rules 56-1 to 56-4, will and hereby move to Court for an order of summary judgment in favor of moving Defendants Bates and O'Brien against Plaintiff Jeff Macy as to the Sixth Cause of Action of Plaintiff's Second Amended Complaint as alleged against moving Defendants Bates and O'Brien. (ECF 32.)

Summary judgment as to the Sixth Cause of Action is appropriate as there is no triable issue of fact as to the 42 U.S.C. section 1983 Civil Rights claim alleging Fourth Amendment violations as follows: (a) prolonged traffic enforcement stop, and (b) unlawful search and seizure; the Sixth Cause of Action is the sole remaining cause of action permitted by the Court to proceed after its screening order. The undisputed facts demonstrate plaintiff cannot sustain the remaining sole cause of action alleged against Defendants Bates and O'Brien.

This motion is based on this notice of motion and motion, the concurrently filed memorandum of points and authorities, separate statement of uncontroverted facts, declarations of Christopher Bates, Jeffrey O'Brien and Julio A. Hernandez, exhibits, pleadings, records, and files in this action, and any other matters that may properly come before the Court.

Dated: February 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General

/s/ Julio A. Hernandez

JULIO A. HERNANDEZ
Deputy Attorney General
*Attorneys for Defendants Christopher Bates and Jeffrey O'Brien*

SA2024302219
38675996.docx

# DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

**Case Name:**   *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:**    **5:23-CV-02245-RGK-BFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **February 11, 2025**, I served the attached **DEFENDANTS CHRISTOPHER BATES AND JEFFERY O'BRIEN'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail Address:  macybuilders@yahoo.com**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 11, 2025**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |