Rob Bonta
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General
Julio A. Hernandez
Deputy Attorney General
State Bar No. 260508
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6238
  Fax: (916) 322-8288
  E-mail: Julio.Hernandez@doj.ca.gov
*Attorneys for Defendants*
*Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**NOTICE OF LODGING VIDEO EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Local Rule 5-4.2**<br><br>Date: March 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Brianna Fuller Mircheff<br><br>Trial Date: TBA<br>Action Filed: 5/06/2024 |

Pursuant to Local Rule 5-4.2, the following video evidence, in support of Defendants' Motion for Summary, is exempt from electronic filing, and will therefore be manually lodged, as it is not conducive to e-filing:

1. A true of and correct copy of the video of the subject June 27, 2023 incident taken by and on behalf of Plaintiff Jeff Macy, incorporated into Plaintiff's operative Second Amended Complaint, at ¶¶ 76, 79, 104 (ECF-

| | |
|---|---|
| 1 | 18), and available on the internet at |
| 2 | https://www.youtube.com/watch?v=GvmaMonuPeo. *See* Deposition of Jeff |
| 3 | Macy at 26:1-14, 60:9-12, 62:2-21, 75:5-13, attached the declaration of |
| 4 | Julio A. Hernandez, Exhibit D. |

Dated: February 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Julio A. Hernandez*

JULIO A. HERNANDEZ
Deputy Attorney General
*Attorneys for Defendants Christopher Bates and Jeffrey O'Brien*

SA2024302219
38771965.docx

## DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

**Case Name:** *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:** **5:23-CV-02245-RGK-BFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **February 11, 2025**, I served the attached **NOTICE OF LODGING VIDEO EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail Address: macybuilders@yahoo.com**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 11, 2025**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |