Rob Bonta
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General
Julio A. Hernandez
Deputy Attorney General
State Bar No. 260508
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-6238
　Fax: (916) 322-8288
　E-mail: Julio.Hernandez@doj.ca.gov
*Attorneys for Defendants
Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>　　　　　　　　　　　Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**DEFENDANTS' REQUEST FOR CLARIFICATION RE: DUE DATE FOR REPLY MEMORANDUM ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date: TBA<br>Action Filed: 5/06/2024 |

## REQUEST FOR CLARIFICATION

The Court issued a minute order on February 13, 2025 (ECF 73) addressing the parties' respective motions for summary judgment. The order indicates that Plaintiff's opposition (ECF 70, 71) to Defendants' motion for summary judgment (ECF 66, 72) is not compliant to the local rules as plaintiff did not file the requisite Statement of Unconverted Facts and Conclusion of Law (Statement). (ECF 73, p. 2-

1

3.) Further, the order requires Plaintiff to file his Statement no later than March 4, 2025, and takes the hearing on Defendants' motion for summary judgment off-calendar. (*Id*, p. 3-4.)

Pursuant to Local Rule 7-10, a reply to an opposition to a motion is due no later than 14 days *prior* to the hearing. However, since the hearing on Defendants' motion is off calendar, it is unclear to Defendants when a reply is now due.

As such, and for clarification, Defendants request that their reply be filed and served no later than March 11, 2025, seven days after Plaintiff's deadline to file a Statement. The proposed date is commensurate with deadlines in Local Rules 7-9 and 7-10.

Dated:  February 14, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Julio A. Hernandez*

JULIO A. HERNANDEZ
Deputy Attorney General
*Attorneys for Defendants Christopher Bates and Jeffrey O'Brien*

SA2024302219
38791315.docx

## DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL

**Case Name:** *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:** 5:23-CV-02245-RGK-BFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **February 14, 2025**, I served the attached **DEFENDANTS' REQUEST FOR CLARIFICATION RE: DUE DATE FOR REPLY MEMORANDUM ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail Address: macybuilders@yahoo.com**

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 14, 2025**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |