Rob Bonta
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General
Julio A. Hernandez
Deputy Attorney General
State Bar No. 260508
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6238
 Fax: (916) 322-8288
 E-mail: Julio.Hernandez@doj.ca.gov
*Attorneys for Defendants*
*Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**[PROPOSED] ORDER RE REPLY MEMORANDUM ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date: TBA<br>Action Filed: 5/06/2024 |

**ORDER**

The Court, having reviewed Defendants' request for clarification, hereby,

**ORDERS:**

Defendants Christopher Bates and Jeffrey O'Brien's reply to Plaintiff's opposition to motion for summary judgment shall be filed and served no later than **March 11, 2025.**

1

**IT IS SO ORDERED:**

Dated:_____  _____

The Honorable Brianna Fuller Mirchef

SA2024302219
38791406.docx

**DECLARATION OF SERVICE BY E-MAIL AND U.S. MAIL**

**Case Name:** *Macy, Jeff, et al. v. California Highway Patrol, et al.*
**Case No.:** 5:23-CV-02245-RGK-BFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **February 14, 2025**, I served the attached **[PROPOSED] ORDER RE REPLY MEMORANDUM ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Jeff Macy
P.O. Box #103
Twin Peaks, CA 92391
**E-mail Address:** macybuilders@yahoo.com

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 14, 2025**, at Sacramento, California.

| Donna Kulczyk | /s/ Donna Kulczyk |
|---|---|
| Declarant | Signature |