1  ROB BONTA
   Attorney General of California
2  CATHERINE WOODBRIDGE
   Supervising Deputy Attorney General
3  JULIO A. HERNANDEZ
   Deputy Attorney General
4  State Bar No. 260508
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-6238
    Fax: (916) 322-8288
7   E-mail: Julio.Hernandez@doj.ca.gov
   *Attorneys for Defendants*
8  *Christopher Bates and Jeffrey O'Brien*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **Jeff Macy, as an individual, Jerusha Macy, as an individual, Josiah Macy, as an individual, and Jodiah Macy, as an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**California Highway Patrol, a State Agency; Officer Christopher Bates; Supervisor Officer Sergeant Jeffrey O'Brien, and Does 1 - 10, inclusive,**<br><br>Defendants. | 5:23-CV-02245-RGK-BFM<br><br>**ORDER RE REPLY MEMORANDUM ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Brianna Fuller Mircheff<br>Trial Date:   TBA<br>Action Filed: 5/06/2024 |
|---|---|

**ORDER**

The Court, having reviewed Defendants' request for clarification, hereby,

**ORDERS:**

1

1     Defendants Christopher Bates and Jeffrey O'Brien's reply to Plaintiff's
2 opposition to motion for summary judgment shall be filed and served no later than
3 **March 11, 2025.**
4     **IT IS SO ORDERED:**

6 Dated: FEBRUARY 14, 2025      *[signature]*
7     Honorable Brianna Fuller Mircheff
    United States Magistrate Judge

17 SA2024302219
    38793262.docx