FILED

CLERK, U.S. DISTRICT COURT

**02/18/2025**

CENTRAL DISTRICT OF CALIFORNIA

BY _____AP_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jeff Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744 -8480
Email: 1611Bible.us@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY, as an individual, | Case No.: 5:23-cv-02245-RGK-BFM |
| PLAINTIFF, | **STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL, a State Agency; Officer CHRISTOPHER BATES, Supervisor Officer Sergeant JEFFREY O'BRIEN, & DOES 1-10, inclusive, | Date: March 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Brianna Fuller Mircheff |
| DEFENDANTS. | Trial Date: Not Set<br>Action Filed: 5/06/2024 |

Moving Plaintiff Jeff Macy hereby submits his Statement of Uncontroverted Facts in Support Evidence in support of his motion for summary judgment, pursuant to Local Rule 56-1, et seq.

| Moving Party's Uncontroverted Facts & Conclusions of Law | Opposing Party's Response to Cited Fact & Conclusions of Law |
|---|---|
| 1. On June 27, 2023, at approximately 1255 hours, Officer C. Bates, was on routine patrol when he observed four people (three passengers and one driver) seated in a white Isuzu box truck traveling the opposite direction on State Route 18, near Arrowhead Villa Road. | A. On June 27, 2023, Plaintiff & Family were driving home from the Heaps Peak Transfer Station Dump at 12:09 P.M. on Highway 18. |

| Evidence: | Evidence: |
|---|---|
| Declaration of Christopher Bates (Bates Decl.), ¶3; | Entirety of Macy Video. |
| 10/1/24 Deposition of Jeff Macy, Excerpts, (Macy Dep.) **29:15-17** (Attached as Exhibit D to Declaration of Julio A. Hernandez); | |
| Macy Video Transcript, **2:15-3-5; 7:12-25; 13:14-23** (Attached as Exhibit E to Declaration of Julio A. Hernandez); | |
| Macy Video timestamp **04:58-05:25** (Attached as Exhibit F to Declaration of Julio A. Hernandez) | |
| **2.** Based on his training & experience, Officer Bates suspected one of the passengers was not properly seat belted because that particular vehicle with a single cab can only seat a maximum of two passengers and one driver. | B. On October 23-24, 2023, Case #: 23IN-065744. Officer Bates admitted to being improperly trained. The judge asked if Plaintiff Jeff Macy wanted the win. Jeff Macy was proven innocent of the seat belt misdemeanor infraction traffic ticket; & $153 money was returned in full. |

| | |
|---|---|
| *Evidence:* | *Evidence:* |
| Bates Decl., ¶3; | Plaintiff's Declaration in Support of Opposition to Motion for Summary Judgment |
| **3.** As a result of the potential seatbelt violation he observed, Officer Bates concluded that a traffic enforcement stop was warranted. | **C.** Officer Bates parked on the opposite direction on Highway 18 assumed there was a potential seatbelt violation. |
| *Evidence:* | *Evidence:* |
| Bates Decl., ¶3; | Bates Decl., ¶3; |
| **4.** Officer Bates then commenced a traffic enforcement stop by turning on the overhead lights, & following the box truck. | **D.** Officer Bates turned on his vehicle's overhead lights & proceeded to follow Plaintiff's box truck. |
| *Evidence:* | *Evidence:* |
| Bates Decl., ¶3; Macy Dep. 32:14-33:2 | Bates Decl., ¶3; Macy Dep. 32:14-33:2 |
| **5.** About two minutes later, the box truck stopped on a highway turn off & Officer Bates stopped behind the box truck. | **E.** Plaintiff Jeff Macy saw an enforcement vehicle with overhead lights on, so he proceeded to turn onto the turn off & stop. |
| *Evidence:* | *Evidence:* |

| | |
|---|---|
| Bates Decl., ¶4; Macy Dep. 34:14-18, 35:7-9. | Bates Decl., ¶4; Macy Dep. 34:14-18, 35:7-9. |
| 6.  Officer Bates then exited his patrol vehicle, & proceeded to contact the driver of the Isuzu, Plaintiff Jeff Macy, by speaking to him through passenger's side door window.<br><br>*Evidence:*<br>Bates Decl., ¶4; Macy Dep. 35:10-19. | F.  Officer Bates got out of his vehicle & approached Plaintiff's side door window to talk to him with his folded over nametag. Officer Bates refused to give his name or even identify himself as required by California.<br><br>*Evidence:*<br>Bates Decl., ¶4; Macy Dep. 35:10-19. |
| 7.  Officer Bates then requested from Plaintiff Macy his driver's license, registration, & proof of insurance.<br><br>*Evidence:*<br>Bates Decl., ¶4; Macy Dep. 37:17-38:2; 38:16-19. | G. Plaintiff Macy gave Officer Bates his driver's license, registration, & proof of insurance as requested.<br><br>*Evidence:*<br>Bates Decl., ¶4; Macy Dep. 37:17-38:2; 38:16-19. |
| 8.  Officer Bates then explained to Plaintiff Macy the enforcement stop was due to a potential seatbelt violation.<br><br>*Evidence:* | H.  Plaintiff Macy was told by Officer Bates that he was pulled over for a passenger not being secured by a seatbelt.<br><br>*Evidence:* |

| | |
|---|---|
| Bates Decl., ¶4; Macy Dep. **36:10-19.** | Bates Decl., ¶4; Macy Dep. **36:10-19.** |
| 9. Upon inspection of the interior of the Isuzu, from the passengers' side window & in plain-view Officer Bates determined the passenger seated adjacent to the driver was not seated in a designated seating position while sitting on a pillow & merely secured by an aftermarket lap belt & therefore not properly restrained. | I. Officer Bates stepped up, put his hand inside the cab, & leaned into Plaintiff's vehicle to investigate without consent from the vehicle owner. |
| *Evidence:*<br>Bates Decl., ¶4; Macy Dep. **36:25-37:9**, **104:18-22**; Macy Video Transcript **25:8-14**; | *Evidence:*<br>Macy Video Transcript 11:09-11:27. |
| 10. Officer Bates then returned to his patrol car to confirm the information provided by Plaintiff Macy, fill out the citation, & confer with the California Vehicle Code. | J. Officer Bates went back to his patrol car with Plaintiff's driver's license, registration, & proof of insurance. |
| *Evidence:*<br>Bates Decl., ¶5; Macy Dep. **38:20-22.** | *Evidence:*<br>Bates Decl., ¶5; Macy Dep. **38:20-22.** |

| | |
|---|---|
| 11. After about **5** or **6** minutes, Officer Bates completed the citation & wrote Plaintiff Macy CHP **215** form, "*Notice to Appear* for violating §**27315**(e) - 'Passenger not restrained.'" | K. Over 10 minutes passed, so Plaintiff Macy exited his vehicle to check what was happening with Officer Bates. |
| *Evidence:* Bates Decl., ¶5; | *Evidence:* Macy Video Transcript 0:45-1:00. |
| 12. Thereupon, Officer Bates returned to the passengers' side window to complete the traffic stop by issuing the citation. | L. As Plaintiff Macy approached Officer Bates' patrol car, Officer Bates was flipping through his California Vehicle Code to try & find a violation. |
| *Evidence:* Bates Decl., ¶5; Macy Dep. **60**:13-19, **61:22-62:4**, | *Evidence:* Macy Video Transcript 0:45-1:45. |
| 13. However, As Officer Bates attempted to issue the citation, Plaintiff Macy expressed his disagreement & stated his passenger was seat belted properly as she was restrained by an after-market installed seatbelt. | M. Plaintiff Macy asked Officer Bates what vehicle code he violated. Officer Bates said it was §**27315**(e), which states "A person 16 years of age or over shall not be a passenger in a motor vehicle on a highway unless that person is |

PAGE 6

| | |
|---|---|
| | properly restrained by a safety belt. This subdivision does not apply to a passenger in a sleeper berth, as defined in subdivision (x) of Section 1201 of Title 13 of the California Code of Regulations." |
| *Evidence:*<br><br>Bates Decl., ¶5; *see* Macy Dep. 37:3-9; Macy Video Transcript 2:1-14; Macy Video timestamp 03:11-03:31. | *Evidence:*<br><br>Macy Video timestamp 03:11-03:31. |
| 14. Plaintiff Macy then refused to sign the citation & asked for a supervisor. | N. Plaintiff Macy after reading what VC27315(e) was, requested for Officer Bates' supervisor. |
| *Evidence:*<br><br>Bates Decl., ¶5; Macy Dep. 61:22-62:3; Macy Video Transcript 2:1-14; Macy Video timestamp 00:00-00:13; | *Evidence:*<br><br>Bates Decl., ¶5; Macy Dep. 61:22-62:3; Macy Video Transcript 2:1-14; Macy Video timestamp 00:00-00:13; |
| 15. Approximately ten to eleven minutes had elapsed between | O. Approximately twenty minutes had passed between the time Officer |

| | |
|---|---|
| time Plaintiff Macy & Officer Bates pulled over onto the turn off, & Plaintiff Macy's request for a Officer Bates's supervisor.<br><br>*Evidence:*<br>Bates Decl., ¶5; | Bates pulled Plaintiff Macy over & Plaintiff Macy requested for a supervisor.<br><br>*Evidence:*<br>Macy Video Transcript 4:12. |
| 16. Had Plaintiff Macy not requested Officer Bates's supervisor & signed the citation, the traffic stop would have been completed.<br><br>*Evidence:*<br>Bates Decl., ¶5; | P. Officer Bates did not request Plaintiff to sign the citation until about 10 minutes after his supervisor had showed up.<br><br>*Evidence:*<br>Macy Video Transcript 15:55. |
| 17. Plaintiff Macy request Officer Bates's supervisor because it was Plaintiff's belief that he had been unlawfully detained. He wanted a witness to the unlawful detainment & to complain about Officer Bates's "cold" & "threating" demeanor. He believed he was being targeted due to a dispute with an unrelated third party, & the supervisor would determine that | Q. Plaintiff Macy requested Officer Bates's supervisor because he was being unlawfully detained. Officer Bates was trying to issue Plaintiff Macy a ticket for Violations(c): CT: 001 VC27315(e)-I : No Seat Belt (Over 16 Yrs Old). Officer Bates's own ticket even states that "27315(e)vc 4th Passenger **secured** by a non-factory equipped seat belt" Plaintiff Macy hoped that a |

| | |
|---|---|
| the citation was incorrect & would "let him [Macy] go." | supervisor would determine that the citation was false. |
| *Evidence:* <br> Macy Dep. **42:7-46:18; 47:2-50:2; 53:1-22.** | *Evidence:* <br> Macy Dep. **42:7-46:18; 47:2-50:2; 53:1-22.** |
| 18. Plaintiff Macy wanted to avoid being issued the citation. | R. Plaintiff Macy wanted to avoid being issued a false citation. |
| *Evidence:* <br> Macy Dep. **39-12-13; 51:17-53:22.** | *Evidence:* <br> Macy Dep. **39-12-13; 51:17-53:22.** |
| 19. Once Plaintiff Macy requested a supervisor, Officer Bates, returned to the patrol vehicle & contacted the on-duty supervisor, Sergeant O'Brien. | S. Officer Bates was in his patrol vehicle the whole time while waiting for the on-duty supervisor, Sergeant O'Brien to show up. |
| *Evidence:* <br> Bates Decl., ¶6 Declaration of Jeffrey O'Brien, ¶3 | *Evidence:* <br> Macy Video Transcript 0:00-4:22 |
| 20. At about **13:10**, Sgt. O'Brien acknowledge the call for a supervisor & proceed to travel to the location of the traffic stop. | T. Plaintiff Macy waited for a supervisor to show up. |

| | |
|---|---|
| *Evidence:*<br><br>Bates Decl., ¶6; O'Brien Decl., ¶3 | *Evidence:*<br><br>Macy Video Transcript 0:00-4:22 |
| 21. In the interim, while waiting for supervisor to arrive, Plaintiff Macy had exited the truck, & was holding his cell phone & utilizing it to record the stop.<br><br>*Evidence:*<br><br>Bates Decl., ¶6; Macy Dep. 61:22-62:16.; Macy Video Transcript 2:1-14; Macy Video timestamp 00:00-00:13 | U. Plaintiff Macy used his phone to record the illegal stop.<br><br>*Evidence*<br><br>Macy Video Transcript 0:00-27:10 |
| 22. Sgt. O'Brien arrived at the stop location at 13:18.<br><br>*Evidence:*<br><br>Bates Decl., ¶7; O'Brien Decl., ¶4 | V. Supervisor Sergeant O'Brien arrived at the stop location.<br><br>*Evidence:*<br><br>Macy Video Transcript 4:12. |
| 23. Plaintiff Macy was standing by his truck when Sgt. O'Brien arrived at the scene.<br><br>*Evidence:*<br><br>Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video timestamp 04:05-04:09. | W. Plaintiff Macy was standing at the back of his truck when Supervisor Sergeant O'Brien arrived.<br><br>*Evidence:*<br><br>Macy Video Transcript 4:12. |

PAGE 10

| | |
|---|---|
| 24. Upon ariving Sgt. O'Brien contacted Plaintiff Macy, who immediate told Sgt. O'Brien that he "was not happy about getting pulled over." | X. Sergeant O'Brien exited his Patrol Vehicle & asked Plaintiff "how are you doing sir" & Plaintiff responded, "well I'm not happy about getting pulled over." |
| *Evidence:* Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript, 5:10-13; Macy Video timestamp 04:09-04:19 | *Evidence:* Macy Video Transcript 4:15. |
| 25. Plaintiff Macy then addressed his concerns about the enforcement contact & the validity of the citation with Sgt. O'Brien for about three minutes. | Y. Plaintiff Macy informed Sergeant O'Brien that Officer Bates refused to give Plaintiff Macy a business card. Plaintiff Macy further explained to Sergeant O'Brien that Officer Bates was trying to issue him a false ticket. |
| *Evidence:* Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript 5:14-11:18; Macy Video timestamp 04:15-07:02 | *Evidence:* Macy Video Transcript 4:15-5:44. |
| 26. Thereafter, Sgt. O'Brien conferred with Officer Bates regarding the stop for about two minutes. | Z. Sergeant O'Brien went to confer with Officer Bates after Sgt. O'Brien not allowing Plaintiff to record; |

PAGE 11

|  | Plaintiff went to get his son to record the stop instead. |
| --- | --- |
| *Evidence:* <br> Bates Decl., ¶7 O'Brien Decl., ¶4; Macy Video timestamp **07:02-09:09**. | *Evidence:* <br> Macy Video Transcript 7:02-9:12. |
| **27.** Once Sgt. O'Brien finishing conferring with Ofc Bates, Sgt. O'Brien returned to speak with Plaintiff Macy. | 27. Sergeant O'Brien walked back over to talk with Plaintiff Macy. |
| *Evidence:* <br> Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video timestamp at **09:10** | *Evidence:* <br> Macy Video timestamp 9:12. |
| **28.** Sgt. O'Brien attempted to explain to Plaintiff Macy the rationale for the stop & the reasoning behind the citation. | 28. Sergeant O'Brien explained why Plaintiff Macy was pulled over & was being issued a citation violation. |
| *Evidence:* <br> Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript **13:14-17**; Macy Video timestamp **09:10-09:23** | *Evidence:* <br> Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript **13:14-17**; Macy Video timestamp **09:10-09:23** |

| | |
|---|---|
| 29. Unpersuaded to by Sgt. O'Brien's explanation, Plaintiff Macy proceeded to dispute the citation with Sgt. O'Brien & Officer Bates, arguing the validity of the stop & the citation. | 29. Plaintiff Macy tried to explain to Sergeant O'Brien & Bates as to why this was illegal detainment & a false ticket. |
| *Evidence:* Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript **13:14-50:12**; Macy Video timestamp beginning at **09:24** and continuing to end at **26:56**. | *Evidence:* Bates Decl., ¶7; O'Brien Decl., ¶4; Macy Video Transcript **13:14-50:12**; Macy Video timestamp beginning at **09:24** and continuing to end at **26:56**. |
| 30. About three minutes into Plaintiff's Macy's arguing the citation, Officer Bates, stepped up on the truck's side step to look into the cab & the subject seatbelt. | 30. Officer Bates stepped up onto Plaintiff's box truck side step, put his hand inside the vehicle, & leaned into the vehicle; investigating without consent from the vehicle owner. |
| *Evidence:* Bates Decl., ¶8; Macy Video timestamp **11:10-11:25**. | *Evidence:* Macy Video transcript 11:10-11:25. |
| 31. Oficer Bates head entered the cab, but his feet remained on the box truck's side step. Officer Bates' | 31. Officer Bates Head & Hand entered Plaintiff's vehicle. Officer Bates did not seek Plaintiff Macy's consent before entering the vehicle. |

PAGE 13

| | |
|---|---|
| inspection took approximately fifteen seconds.<br><br>*Evidence:*<br>Bates Decl., ¶8; Macy Video timestamp **11:10-11:25.** | *Evidence:*<br>Macy Video transcript 11:10-11:25. |
| **32.** A couple of minutes passed as Plaintiff Macy continued to argue the citation, when he verbally consented to an additional search & instructed the passengers in the box truck to exit the cab.<br><br><br><br><br><br><br><br>*Evidence:*<br>Bates Decl., ¶9; O'Brien Decl., ¶5; Macy Video Transcript **21:21-24.** Macy Video timestamp **13:08-13:12** | 32. Officer Bates conducted a search without initial consent when he stepped up onto Plaintiff's vehicle & leaned into the vehicle with his upper body, & hand was inside the cab. During the second search, Officer Bates asked, "Could I get the passengers out, so I could inspect it?" Plaintiff Macy then replied, "Sure, come on out guys."<br><br>*Evidence:*<br>Macy Video Transcript 13:11-15. |
| **33.** The second search by Officer Bates & Sgt. O'Brien lasted approximately thirty seconds, without either of them entering the | 33. The second search by Officer Bates & Sergeant O'Brien lasted about thirty seconds; & Officer Bates took a photo of the seatbelt, but |

| | |
|---|---|
| cab; & Officer Bates taking a single photo of the subject seatbelt.<br><br><br>*Evidence:*<br>Bates Decl., ¶8; O'Brien Decl., ¶5; Macy Video timestamp 13:32-13:59 | never provided Plaintiff the picture as requested.<br><br><br>*Evidence:*<br>Macy Video timestamp 13:32-13:59 |
| 34. During the brief inspections, nothing within the cab was moved or disturbed & no property was taken.<br><br><br>*Evidence:*<br>Bates Decl., ¶9; O'Brien Decl., ¶5; Macy Video timestamp 11:10-11:25; 13:32-13:59 | 34. Officer Bates took a picture of Plaintiff's Vehicle.<br><br><br>*Evidence:*<br>Macy Video timestamp 13:32-13:59 |
| 35. For about the next twelve minutes, Plaintiff Macy continued to dispute the validity of the citation & informed the officers that he would seek a complaint against Officer Bates.<br><br><br>*Evidence:* | 35. Plaintiff Macy continued to explain why the ticket was false & why this was an illegal detainment.<br><br><br>*Evidence:*<br>Macy Video timestamp 14:00-26:55. |

| | |
|---|---|
| Bates Decl., ¶10; O'Brien Decl., ¶6; Macy Video Transcript **22:19-50:12**; Macy Video timestamp **14:00-26:55**. | |
| **36.** Plaintiff Macy finally discontinued arguing & the enforcement stop concluded.<br><br>*Evidence:*<br>Bates Decl., ¶10; O'Brien Decl., ¶6<br>Macy Video Transcript **22:19-50:12**; Macy Video timestamp **26:53-26:56**. | 36. The Traffic stop concluded<br><br>*Evidence:*<br>Bates Decl., ¶10; O'Brien Decl., ¶6<br>Macy Video Transcript **22:19-50:12**; Macy Video timestamp **26:53-26:56**. |
| **37.** At **13:47**, almost thirty minutes after Sgt. O'Brien's arrival, both officers cleared the incident with CHP dispatch.<br><br>*Evidence:*<br>Bates Decl., ¶10; O'Brien Decl., ¶6 | 37. Plaintiff Macy & Family were free to go.<br><br>*Evidence:*<br>Macy Video Timestamp: 27:05 |
| **38.** At no time did either officer use profanity, use force, or place Plaintiff in handcuffs.<br><br>*Evidence:* | 38. Plaintiff was illegally detained for over an hour.<br><br>*Evidence:*<br>Macy Video Timestamp: 0:00-27:10 |

| | |
|---|---|
| Bates Decl., ¶11; O'Brien Decl., ¶7; Entirety of Macy Video Transcript & Macy Video; | |
| 39. During the entirety of the stop, the officers were cordial without raising their voices. | 39. Officer Bates refused to identify himself when requested by Plaintiff Macy. |
| *Evidence:* Bates Decl., ¶11; O'Brien Decl., ¶5; Entirety of Macy Video Transcript & Macy Video; | *Evidence:* Macy video timestamp 0:50 12:15-12:45 16:25-17:00. |
| 40. The traffic enforcement stop lasted just over fifty minutes, of which about forty minutes elapsed after Plaintiff Macy requested a supervisor & he refused to sign the notice to appear. | 40. The illegal detainment lasted over an hour. |
| *Evidence:* Bates Decl., ¶12; O'Brien Decl., ¶8; Entirety of Macy Video. | *Evidence:* Entirety of Macy Video. |
| 41. Plaintiff Second Amended Complaint appears to allege 42 U.S.C. §1932, 1985 & 1988 Violations of Civil Rights, on various grounds. | 41. Plaintiff Macy's Second Amended Complaint alleged multiple civil rights violations. |

| | |
|---|---|
| *Evidence:* Second Amended Complaint (SAC) ECF **18**, Exhibit A to Hernandez Decl. | *Evidence:* Second Amended Complaint (SAC) |
| **42.** After a screening & order, the Court dismissed all other claims & only allowed Plaintiff to proceed with the Sixth Cause of Action, alleging against both Defendants: (a) prolonged stop; & (b) unlawful search & seizure. | Plaintiff Macy was only allowed to proceed in Court with the Sixth Cause of Action alleged against both Defendants: (a) prolonged stop; & (b) unlawful search & seizure. |
| *Evidence:* Magistrate Judges Interim Report & Recommendation, ECF **23**, Section F, pp. **14-17**, attached as Exhibit B to Hernandez Decl.; Order Accepting Report & Recommendation, ECF **25**, attached as Exhibit C to Hernandez Decl. | *Evidence:* Magistrate Judges Interim Report & Recommendation, ECF **23**, Section F, pp. **14-17**, attached as Exhibit B to Hernandez Decl.; Order Accepting Report & Recommendation, ECF **25**, attached as Exhibit C to Hernandez Decl. |

Respectfully Submitted,

By Plaintiff: _Jeff Macy_____

Jeff Macy

(Bible Translator & Director of Religious Organization **1611**Bible.us)

Dated: _2/17/25_____

PAGE 19

## DECLARATION OF SERVICE BY E-MAIL

**Case Name:**     **Macy, Jeff, v. California Highway Patrol, et al.**

**Case No.:**     **5:23-CV-02245-RGK-BFM**

I declare:

1. I am at least **18** years old.

a. My residence or business address is: P.O. Box # 433, Twin Peaks, CA **92391**.

b. My electronic service address is: Jerushastar@gmail.com.

2. I electronically served the following documents: **STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**.

3. I electronically served the documents listed in **2** as follows:

a. Name of person served: Julio Hernandez & Donna Kulczyk.

On behalf of: Defendants California Highway Patrol, Officer Christopher Bates, Supervisor Officer Sergeant Jeffrey O'Brien, & Does **1-10**

b. Electronic service address of person(s) served:

Julio.hernandez@doj.ca.gov & Donna.kulczyk@doj.ca.gov

c. On:

Date: _2/17/25_

I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct.

Declarant: _Jerusha Macy_

Jerusha Macy

PAGE **20**