UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEFF MACY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL RUNNING SPRINGS, et al.,<br><br>    Defendants. | No. 5:23-cv-02245-RGK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendant's Motion for summary judgment (ECF 66) is **granted**.
3. The Second Amended Complaint is dismissed.
4. Judgment shall be entered dismissing this action with prejudice.

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: **6/13/2025**

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE