JS-6

1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| 12 | |
| JEFF MACY, | No. 5:23-cv-02245-RGK-BFM |
| 13    Plaintiff, | **JUDGMENT** |
| 14    v. | |
| 15  CALIFORNIA HIGHWAY PATROL RUNNING SPRINGS, et al., | |
| 16 | |
| 17    Defendants. | |

18

19      Pursuant to the Order accepting the Magistrate Judge's Report and

20  Recommendation,

21      IT IS ADJUDGED that the Second Amended Complaint in this matter is

22  dismissed, and the action is dismissed with prejudice.

23

24  DATED: **6/13/2025** _____

25

26      _____

        HONORABLE R. GARY KLAUSNER
        UNITED STATES DISTRICT JUDGE

27

28